# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States of America

                Plaintiff,

           v.

Carlos Vallejo

              Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 07-cr-154-NLH

**APPEAL**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED

☐ DENIED, for the following reasons:

_____

_____

ENTERED this ___5th___ day of __November__, 2008

                                         _/s/ Noel L. Hillman_
                                  Hon. Noel L. Hillman, USDCJ

Dated:

Camden, New Jersey